**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| E-CONTACT TECHNOLOGIES, LLC, § § § PLAINTIFF, § § v. § § THE GO DADDY GROUP, INC. *et al.,* § § DEFENDANTS. § § | CIVIL ACTION NO. 1:12-CV-083 JURY TRIAL DEMANDED |

## **STIPULATION OF DISMISSAL OF COMPLAINT**

Plaintiff E-Contact Technologies, LLC ("Plaintiff") and Defendants The Go Daddy Group, Inc., Go Daddy Operating Company, LLC, GoDaddy.com, LLC and Wild West Domains, LLC (collectively, "Defendants") file this Stipulation of Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff and Defendants stipulate that:

1. Plaintiff consents to dismissal with prejudice of all of its claims against Defendants in this suit.

2. Plaintiff and Defendants shall each bear their own attorneys' fees and costs incurred in connection with this action.

Dated: August 3, 2012

Respectfully submitted,

By: /s/ *Stevenson Moore*

Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com

**Ni Law Firm, PLLC**
3102 Maple Ave. Suite 400
Dallas, TX 75201
Telephone: 214/800-2208
Fax: 214/800-2209

**ATTORNEYS FOR PLAINTIFF
E-CONTACT TECHNOLOGIES, LLC.**

*/s/ Brian Craft*
Brian Craft
State Bar No. 04972020
Eric H. Findlay
State Bar No. 00789886
Findlay Craft, LLP
6760 Old Jacksonville Highway, Ste 101
Tyler, TX 75703
Phone: 903-534-1100
Fax: 903-534-1137
bcraft@findlaycraft.com
efindlay@findlaycraft.com

Michael J. Curley
Michael.curley@quarles.com

Gregory P. Sitrick
gregory.sitrick@quarles.com

Nikia L. Gray
nikia.gray@quarles.com

Rowan P. Smith
rowan.smith@quarles

One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004
(602) 229-5200 Phone
(602) 229-5690 Fax

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 3rd day of August, 2012, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Beaumont Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                      /s/ *Stevenson Moore*___
                                      Stevenson Moore