IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| E-CONTACT TECHS., LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:12CV-83 |
| | § | |
| | § | JUDGE RON CLARK |
| GODADDY.COM, LLC. *et al*, | § | |
| | § | |
| Defendants. | § | |

**ORDER OF DISMISSAL**

Before the court is the parties' Joint Stipulation of Dismissal. The court is of the opinion that the stipulation should be entered and this case dismissed.

IT IS THEREFORE ORDERED that Plaintiff E-Contact Technologies, LLC's claims against Defendants The Go Daddy Group, Inc.; Go Daddy Operating Co., LLC; GoDaddy.com, LLC; and Wild West Domains, LLC are DISMISSED WITH PREJUDICE. Costs and attorneys' fees shall be borne by the party incurring the same.

So **ORDERED** and **SIGNED** this **9** day of **August, 2012.**

_____
Ron Clark, United States District Judge

1